1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  JOHN RAY GHOLAR,                              1:18-cv-00340 MJS (HC)

12                  Petitioner,

13         v.                                     ORDER TRANSFERRING CASE TO THE
                                                  UNITED STATES DISTRICT COURT FOR
14  MICHAEL MARTEL, Warden,                       THE CENTRAL DISTRICT OF
                                                  CALIFORNIA
15                  Respondent.

16

17         Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action

18  pursuant to 28 U.S.C. § 2254.

19         The federal venue statute requires that a civil action, other than one based on

20  diversity jurisdiction, be brought only in "(1) a judicial district where any defendant

21  resides, if all defendants reside in the same state, (2) a judicial district in which a

22  substantial part of the events or omissions giving rise to the claim occurred, or a

23  substantial part of the property that is the subject of the action is situated, or  (3) a

24  judicial district in which any defendant may be found, if there is no district in which the

25  action may otherwise be brought." 28 U.S.C. § 1391(b).

26         In this case, the petitioner is challenging a conviction from Los Angeles County,

27  which is in the Central District of California.  Therefore, the petition should have been

28  filed in the United States District Court for the Central District of California.  In the

                                                  1

interest of justice, a federal court may transfer a case filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Central District of California.

IT IS SO ORDERED.

Dated:   March 10, 2018         /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE