UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN RAY GHOLAR, | ) NO. CV 18-2033-ODW (E) |
| Plaintiff, | ) |
| v. | ) JUDGMENT |
| MICHAEL MARTEL, Warden, | ) |
| Defendants. | ) |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: June 5, 2018.

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE